| | |
|---|---|
| ✓ | **Priority** |
| ✓ | **Send** |
| ___ | Clsd |
| ✓ | **Enter** |
| ✓ | **JS-6** |
| ___ | JS-2/JS-3 |
| ___ | Scan Only |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD MORSE,<br><br>    Plaintiffs,<br><br>    v.<br><br>DIAZ TRANSPORT, LLC; ALFIDIO HERIBERTO DIAZ-REYES; BELARMINO DIAZ REYES,<br><br>    Defendants.<br>_____ | Case No. CV 07-00037 DDP (FFMx)<br><br>**ORDER OF DISMISSAL** |

THE COURT ORDERS that this action be, and hereby is, dismissed with prejudice.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: March 5, 2008

_____
DEAN D. PREGERSON
United States District Judge